IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAURA L. VITALE,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )      No.  09 C 3233
                                    )
MANN BRACKEN, LLC, et al.,          )
                                    )
          Defendants.               )

MEMORANDUM

This Court has just received a copy of the "Notice of Case in Receivership" filed by Cheryl Rose, Esq. on April 14. According to the case docket, this action was dismissed with prejudice on March 31, so that this Court has no idea as to the purpose sought to be served by the current filing. In any event, there appears to be no occasion for further action based on the current state of the record.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 15, 2010